IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BYRON L. CONWAY
ADC # 113285                                                              PLAINTIFF

v.                              No. 1:12-cv-79-DPM-BD

TIMOTHY DUTY; BILLY COWELL;
and CORIZON, INC.                                                         DEFENDANTS

# ORDER

Conway has not objected to Magistrate Judge Beth Deere's recommendation, *Document No. 13*, that his deliberate-indifference complaint be dismissed for failure to state a claim on which relief could be granted. Reviewing for legal error and clear factual error on the face of the record, FED. R. CIV. P. 72(b) (1983 addition to Advisory Committee notes), the Court adopts Judge Deere's recommendation as its own opinion. The motion to dismiss, *Document No. 8*, is granted. Conway's complaint is dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 November 2012