IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BYRON L. CONWAY
ADC # 113285                                                                    PLAINTIFF

v.                               No. 1:12-cv-79-DPM

TIMOTHY DUTY; BILLY COWELL;
and CORIZON, INC.                                                              DEFENDANTS

## JUDGMENT

Conway's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 November 2012